UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                  Case No. 3:07−bk−05553−JAF
                                                                        Chapter 13

Cathleen Marie Wyatt
fka Cathleen Marie Peek




_____Debtor(s)_____/


NOTICE OF PRELIMINARY HEARING PURSUANT TO RULES 4001, 9014 AND 11 U.S.C. §362(e) SEEKING
RELIEF FROM THE AUTOMATIC STAY


   You are notified that a motion pursuant to Fed. R. Bank. P. 4001 and 9014 seeking relief from the automatic stay imposed by 11 U.S.C. §362 has been filed by: Vystar Credit Union . Pursuant to Fed. R. Bank. P. 4001, you are to receive this notice of a preliminary hearing which will take place before the Court on February 7, 2011, at 1:30 p.m., in 4th Floor Courtroom D, 300 North Hogan Street, Jacksonville, Florida.

   1. The automatic stay of 11 U.S.C. § 362(a) will remain in effect until further order of the court.

   2. The hearing may be continued upon announcement made in open court without further notice.

   3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

   4. *Appropriate Attire.* You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   5. *Avoid delays at Courthouse security checkpoints.* You are reminded that Local Rule 5073−1 restrict the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

   Dated January 13, 2011.


                                                FOR THE COURT
                                                Lee Ann Bennett, Clerk of Court
                                                300 North Hogan Street Suite 3−350
                                                Jacksonville, FL 32202


      Copies furnished to:
      Debtor
      Debtor's Attorney
      Trustee
      Chad Heckman